UNITED STATES DISTRICT COURT
FILED
SEP 24 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ADAM R. STEIGERT,

Plaintiff,

v.

25-CV-820 (JLS) (MJR)

SCOTT BESSENT, *Secretary of the Treasury, Department of the Treasury (Internal Revenue Service)*,

Defendant.

## DECISION AND ORDER

Plaintiff Adam R. Steigert commenced this action against his employer, Defendant Scott Bessent, Secretary of the Treasury, in September 2025. Dkt. 1. Shortly after, Plaintiff moved for a temporary restraining order ("TRO") and a preliminary injunction ("PI"). Dkt. 4. Defendant opposed the TRO/PI motion and moved to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(1). Dkt. 14; Dkt. 27. This Court heard oral argument on the TRO portion of Plaintiff's motion and denied his request for a TRO. Dkt. 15; Dkt. 16.

This Court then referred the case to United States Magistrate Judge Michael J. Roemer for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 17. Pending before Judge Roemer were the PI portion of Plaintiff's motion (Dkt. 4), as well as Plaintiff's numerous motions for sanctions, civil contempt, a protective order, and other similar relief (Dkt. 13; Dkt. 18; Dkt. 24; Dkt. 28; Dkt. 29; Dkt. 30; Dkt. 32; Dkt. 33; Dkt. 38) (the "sanctions-related motions"). Defendant opposed

several of Plaintiff's sanctions-related motions (Dkt. 26). Plaintiff opposed Defendant's motion to dismiss (Dkt. 34), and Defendant replied (Dkt. 35).

On July 8, 2026, Judge Roemer issued a Report and Recommendation ("R&R"), recommending that this Court: (1) grant, in part, and deny, in part, Defendant's motion to dismiss; (2) deny Plaintiff's PI motion; and (3) deny each of Plaintiff's sanctions-related motions. Dkt. 39. Neither party filed objections, and the time to do so has passed.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R. Based on that review—as well as the lack of objections—the Court accepts and adopts Judge Roemer's recommendations.[1]

[1] Absent objections from the parties, the Court treats Plaintiff's sanctions-related motions as dispositive, for the reasons stated by Judge Roemer. *See* Dkt. 39, at 22 n.11.

## CONCLUSION

For the reasons stated above and in the R&R, this Court:

- Grants, in part, and denies, in part, Defendant's motion to dismiss (Dkt. 14), such that Claim One in the complaint is dismissed, and Claim Two survives;
- Denies Plaintiff's PI motion (Dkt. 4); and
- Denies each of Plaintiff's sanctions-related motions (Dkt. 13; Dkt. 18; Dkt. 24; Dkt. 28; Dkt. 29; Dkt. 30; Dkt. 32; Dkt. 33; Dkt. 38).

This case is referred back to Judge Roemer for further proceedings, consistent with the referral order at Dkt. 17.

SO ORDERED.

Dated: September 24, 2026
Buffalo, New York

JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE